JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES MELVIN HUAEMBUKIE, | Case No. 8:26-cv-00512-MCS-KES |
| Petitioner | **JUDGMENT** |
| v. | |
| PAM BONDI, et al., | |
| Respondents. | |

Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Within ten days of entry of this Order, Respondents shall provide Petitioner written notice of the reasons for the revocation of his Order of Supervision and a new informal interview at which he is given a meaningful opportunity to contest the stated reasons. If Respondents do not provide Petitioner written notice or a new informal interview within ten days, they must immediately release him.

Dated: March 31, 2026

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE